## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JERRY EMMANUEL WHITE,

            Petitioner,            **Case No. 3:04-CV-0412-RCJ-RAM**

vs.                                        **MINUTES OF THE COURT**

E.K. McDANIEL, et al.,             **DATE:** January 31, 2006

            Respondents. /

**PRESENT:**
**THE HONORABLE:** ROBERT A. MCQUAID, JR **UNITED STATES MAGISTRATE JUDGE**

**DEPUTY CLERK:** L. M. STORY    **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS: XXX**

       Petitioner moves the Court for leave to respond to the Reply to the Opposition to the Motion to Dismiss in this action, noting that respondents have raised a procedural bar defense in the reply that was not raised in the motion to dismiss. Petitioner also advises that this motion is unopposed by respondents. Good cause appearing,

       IT IS THEREFORE **ORDERED** that the motion (docket #41) is **granted**. The petitioner shall have until March 1, 2006 to file a response to the procedural default arguments raised by respondents. The matter shall then be submitted for the Court's consideration.

                                                              **LANCE S. WILSON, CLERK**

                                                    **By:** /s/ Lori M. Story
                                                                  **Deputy Clerk**