UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY WHITE,<br><br>        Petitioner,<br>  v.<br><br>HAROLD WICKHAM, et al.,<br><br>        Respondents. | Case No. 3:04-cv-00412-GMN-VPC<br><br>ORDER |

Petitioner's unopposed motion for an extension of time (ECF No. 111) is GRANTED. Petitioner shall have up to and including January 29, 2018, within which to file an opposition to the respondents' motion to dismiss.

IT IS SO ORDERED.

DATED THIS 27 day of December, 2017.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1