UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY WHITE,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>HAROLD WICKHAM, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:04-cv-00412-GMN-VPC<br><br>ORDER |

Petitioner has moved for leave to file a response in excess of thirty pages (ECF No. 115). Respondents have not opposed the motion, and the time for doing so has expired. Accordingly, petitioner's motion for leave to file excess pages (ECF No. 115) is hereby GRANTED.

IT IS SO ORDERED.

DATED THIS 14 day of February, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1