UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY WHITE,<br><br>                 Petitioner,<br>    v.<br>HAROLD WICKHAM, et al.,<br><br>                 Respondents. | Case No. 3:04-cv-00412-GMN-VPC<br><br>ORDER |

Respondents' unopposed motion for extension of time (ECF No. 122) is GRANTED. Respondents shall have until September 12, 2018, to file an answer to the amended successor petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED THIS  12  day of   August  , 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1