UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY WHITE,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>HAROLD WICKHAM, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:04-cv-00412-GMN-VPC<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 126) is **granted**. Petitioner will have until December 11, 2018, to file his reply to respondents' answer to his amended successor petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED THIS  16  day of  October , 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1