UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERRY WHITE,<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>HAROLD WICKHAM, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:04-cv-00412-GMN-CBC<br><br>ORDER |

Petitioner's second unopposed motion for a ten-day extension of time (ECF No. 128) is **granted**. Petitioner will have until December 21, 2018, to file his reply to respondents' answer to his amended successor petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED THIS  7   day of  December , 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1